[No. 38485-0-II.   Division Two.   August 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES GERALD WEST, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated October 20, 2009. Substitute opinion filed. See 152 Wn. App. 1047.

[Nos. 38492-2-II; 38543-1-I;   Division Two.   August 13, 2009.]
38545-7-II.

THE STATE OF WASHINGTON, *Respondent*, v. A.D. ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Clark County, No. 08-8-00344-8, Robert A. Lewis, J., entered October 22, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 38557-1-II.   Division Two.   August 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY A. BEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00571-9, Richard L. Brosey, J., entered October 14, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 27046-7-III.   Division Three.   August 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MATTHEW WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-1-00464-2, Robert L. Zagelow, J., entered April 21, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.